COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Diamond Offshore General, LLC

Appellate case number:       01-22-00837-CV

Trial court case number:      2022-14588

Trial court:                   11th District Court of Harris County

On November 11, 2022, relator, Diamond Offshore General, LLC, filed a petition for writ of mandamus challenging the trial court's October 27, 2022 "Order Denying Diamond's Motion to Dismiss Based on Mandatory Forum-Selection Clause or, in the Alternative, Forum Non Conveniens."

The Court requests a response to the petition for a writ of mandamus from real party in interest, Grant Gibson. **The response if any, is due no later than twenty days from the date of this order**.

It is so ORDERED.

Judge's signature:   _/s/ Amparo Guerra_____
                    ☑ Acting individually      ☐ Acting for the Court

Date: _____November 22, 2022_____